IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ISOFAB, INC., ET AL., )
    Plaintiffs, )
)
    v. ) Civil Action No. 09-28
)
DIELECTRIC SOLUTIONS, LLC, )
    Defendant. )

<u>ORDER OF COURT</u>

AND NOW, this 28th day of April, 2009, the court has been advised that an involuntary bankruptcy petition has been filed against the defendant in the United States Bankruptcy Court for the Western District of Pennsylvania at Case No. 09-22473, the resolution of which will have a direct impact on the instant case. Therefore, in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All counsel of record